UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                    Plaintiff
v.                                          Civil Action No: 11-CV-00002

CRAIG S. ZOTTER
                    Defendant

STIPULATION TO EXTEND TIME

It is hereby stipulated and agreed that Defendant, CRAIG S. ZOTTER, shall have until October 13, 2011 to file an Answer to Plaintiff's Complaint.

Date: 9/29/11

*(signature)*
Thomas I. Puleo, Esquire
KML Law Group, P.C.
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BKY Independence Center
701 Market Street
Philadelphia, PA 19106
215-825-6309

Date: 9-30-11

*(signature)*
Craig S. Zotter
US Steel Tower
600 Grant Street, Suite 5343
Pittsburgh, PA 15219
412-201-1111

SO ORDERED this 30th day of September, 2011.

*(signature)*
Hon. Gary L. Lancaster, Chief U.S. District Judge