UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
        Plaintiff

v.

CRAIG S. ZOTTER
        Defendant

Civil Action No: 11-CV-00002

### STIPULATION TO EXTEND TIME

It is hereby stipulated and agreed that Defendant, CRAIG S. ZOTTER, shall have until October 13, 2011 to file an Answer to Plaintiff's Complaint.

Date: 9/29/11

*[signature]*
Thomas I. Puleo, Esquire
KML Law Group, P.C.
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BKY Independence Center
701 Market Street
Philadelphia, PA 19106
215-825-6309

Date: 9-30-11

*[signature]*
Craig S. Zotter
US Steel Tower
600 Grant Street, Suite 5343
Pittsburgh, PA 15219
412-201-1111

SO ORDERED this 30th day of September, 2011.

*[signature]*
Hon. Gary L. Lancaster, Chief U.S. District Judge